PROB 12C
(6/16)

Report Date: October 16, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeremy Gillermo Uvalle | Case Number: 0980 1:16CR02024-SAB-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉, Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge | |
| Date of Original Sentence: April 12, 2017 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 335 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: April 12, 2017 |
| Defense Attorney: Robin C. Emmans | Date Supervision Expires: April 11, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

       **Supporting Evidence**: Mr. Uvalle is considered to be in violation of his conditions of supervision by failing to report to the United States Probation Office on October 7 and 10, 2019.

       On June 28, 2017, Mr. Uvalle was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Uvalle signed his judgment reflecting he understood his conditions fully.

       On October 4, 2019, this officer spoke with Mr. Uvalle via telephone and instructed him to report to the Yakima probation office in person on October 7, 2019.

Prob12C
**Re: Uvalle, Jeremy Gillermo**
**October 16, 2019**
**Page 2**

On October 7, 2019, Mr. Uvalle failed to report to the probation office. On October 9, 2019, Mr. Uvalle contacted this officer via text message and stated to have made it back to Yakima from Spokane on this date. Mr. Uvalle was told that failing to report was unacceptable. He was instructed to report to the Yakima probation office on October 10, 2019, before 4 p.m.

On October 10, 2019, Mr. Uvalle failed to report to the probation office. Attempts to contact Mr. Uvalle since October 9, 2019, have been unsuccessful and his whereabouts are unknown at this time.

2   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from the substances.

**Supporting Evidence**: Mr. Uvalle is considered to be in violation of his conditions of supervision by consuming a controlled substance, morphine, without a valid prescription on or about June 27, 2019, and August 29, 2019.

On June 28, 2017, Mr. Uvalle was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Uvalle signed his judgment reflecting he understood his conditions fully.

On June 27, 2019, Mr. Uvalle reported to the probation office and submitted to urinalysis (UA) testing. The UA sample tested presumptive positive for morphine. Mr. Uvalle admitted to have consumed morphine to cope with back pain. Mr. Uvalle signed a report of admission to the drug use. The urine sample was sent to the laboratory for confirmation testing and was confirmed positive.

On August 29, 2019, Mr. Uvalle reported to the probation office and submitted to urinalysis (UA) testing. The UA sample tested presumptive positive for morphine. Mr. Uvalle admitted to have consumed morphine to cope with back pain. The urine sample was sent a laboratory for confirmation testing and was confirmed positive.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 16, 2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Uvalle, Jeremy Gillermo**
**October 16, 2019**
**Page 3**

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Signature*

Signature of Judicial Officer

10/17/2019

Date